UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KASHIF M LAMAR CAMERON | * | CIVIL ACTION |
| VERSUS | * | NO. 25-482 |
| AWS AMAZON SERVICES, ET AL. | * | SECTION: "P" (1) |

ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation (R. Doc. 5), and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED** for failure to state a claim on which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B).

New Orleans, Louisiana, this 17th day of June 2025.

DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE